IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KENYA E. SPRY,
    Plaintiff,

v.                                                                               Civil Action No. 3:22cv396

UNKNOWN,
    Defendant.

## MEMORANDUM OPINION

      By Memorandum Order entered on June 8, 2022, the Court directed the Clerk to mail a standardized form for filing a 42 U.S.C. § 1983 complaint to the plaintiff. The Court instructed the plaintiff to complete and return the form within fourteen (14) days of the date of entry thereof if she wished to file a complaint at this time. The Court explained that if the plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

      More than fourteen (14) days have elapsed, and the plaintiff has not completed and returned the § 1983 form. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

      An appropriate Order shall accompany this Memorandum Opinion.

                                                         /s/
                                  John A. Gibney, Jr.
Date: 11 July 2022       Senior United States District Judge
Richmond, Virginia